JOAN STUFANO, Individually and as Administratrix of the Estate of PASQUALE STUFANO, Deceased, Respondent, v KEENE CORPORATION et al., Appellants, et al., Defendants. PITTSBURGH CORNING CORPORATION, Defendant and Third-Party Plaintiff, v CONSOLIDATED EDISON COMPANY OF NEW YORK et al., Third-Party Defendants. OWENS-CORNING FIBERGLASS CORPORATION, Defendant and Third-Party Plaintiff-Appellant, v CONSOLIDATED EDISON COMPANY OF NEW YORK et al., Third-Party Defendants.

No opinion. Concur—Kupferman, J. P., Sullivan, Ross, Milonas and Rosenberger, JJ.

BANK LEUMI TRUST COMPANY OF NEW YORK, Respondent, v CANMAC INCORPORATED, Also Known as CANMAC, INC., et al., Defendants, and HAROLD S. SWANSON, Appellant.

No opinion. Concur—Kupferman, J. P., Sullivan, Ross, Milonas and Rosenberger, JJ.

PHYLLIS FRATARCANGELI et al., Respondents, v CALDOR, INC., et al., Defendants, and JSM CONTRACTING, INC., Appellant.

No opinion. Concur—Kupferman, J. P., Sullivan, Ross, Milonas and Rosenberger, JJ.